UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ELIZABETH A. WOMBLES, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BRIDGES OF INDIANA INC., | ) ) |
| Defendant. | ) |

CASE NO. 2:19-cv-00025-JRS-MJD

*ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE*

The Court, having considered the Plaintiff's Voluntary Dismissal with Prejudice, and being duly advised in the premises, now **ORDERS** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

   SO ORDERED.

Date: 3/13/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.